

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 7, 2019

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VERONICA ANN QUINN | § | CASE NO. 18-33410-SGJ-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

### ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 4 OF WILMINGTON SAVINGS FUND SOCIEY, FSB IN THE AMOUNT OF $31,222.43

     CAME ON BEFORE THE COURT Debtor's Objection to Proof of Claim No. 4 of Wilmington Savings Fund Society, FSB in the amount of $31,222.43.  The Debtor filed such objection on or about 9/17/19.  The Court finds the objection to claim contains sufficient allegations to overcome the presumption of validity imposed by Fed. R. Bankr. P. 3001(f) and was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that the objection contained the appropriate thirty-three (33)-day negative notice language, pursuant to LBR 9007, which directed the Claimant to file a written response within thirty-three days or the objection to claim would be deemed by the Court to be unopposed and therefore, the Court finds that just cause exists for the entry of the following order:

     ORDERED Debtor's Objection to Proof of Claim No. 4 of Wilmington Savings Fund Society, FSB is sustained and claim is disallowed for $9,891.56 in escrow deficiency for funds advanced, disallowed for $3314.36 in Principal & Interest due, and Allowed for the remaining claim of $18,016.51.

###END OF ORDER###

Submitted by: /s/ Marcus Leinart
                             Marcus Leinart
                             State Bar No. 00794156
                             Leinart Law Firm

11520 N. Central Exprwy, Ste 212  
Dallas, TX 75243  
469.232.3328 Phone  
214.221.1755 Fax  
ATTORNEY FOR DEBTOR